No. 88–97.  FORD MOTOR CO. v. BRYANT.  C. A. 9th Cir.  The order of October 3, 1988 [*ante,* p. 816], granting the petition for writ of certiorari is vacated.  Certiorari denied.  JUSTICE BLACK-MUN dissents.

No. 88–318.  RICHARD T. v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–410.  UNISYS CORP. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 88–577.  SAMAAN v. NIAKAN ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 88–613.  E. I. DU PONT DE NEMOURS & CO. v. PHILLIPS PETROLEUM CO. ET AL.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 88–618.  GRANITE ROCK CO. v. BUILDING MATERIALS & CONSTRUCTION TEAMSTERS LOCAL 216.  C. A. 9th Cir.  Motion of Associated General Contractors of America, Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 88–658.  PANHANDLE EASTERN PIPE LINE CO. v. ILLINOIS EX REL. HARTIGAN, ATTORNEY GENERAL OF ILLINOIS.  C. A. 7th Cir.  Motions of Interstate Natural Gas Association of America and Kansas Power & Light Co. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 88–5625.  PYLES v. TEXAS.  Ct. Crim. App. Tex.; and
No. 88–5782.  BRIDDLE v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.